75,987-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

JULY 6, 2015

ABEL ACOSTA
COURT CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711


RE: NOTIFICATION OF CHANGE OF ADDRESS:


DEAR HONORABLE ACOSTA,

ON JULY 2, 2015 I WAS TRANSFERED TO THE RAMSEY 3 UNIT IN ROSHARON, TEXAS, ADDRESS IS AS FOLLOWED;

REVAT R. VARA
N.O. 1430165
1300 FM 655 Rd.
ROSHARON, TEXAS 77583

- 1 -

PLEASE NOTIFY UPON RECEIPT OF CHANGE OF ADDRESS.


RESPECTFULLY,

REVAT R. VARA